UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

GEORGE MARTINEZ,

        *Plaintiff,*

v.

VIVID MECHANICAL LLC,

        *Defendant.*

----------------------------------------------------------------x

16 CV 3763 (AMD)

**CERTIFICATE OF DEFAULT OF DEFENDANT VIVID MECHANICAL LLC**

FILED IN CLERK'S OFFICE US DISTRICT COURT E.D.N.Y. ★ OCT 13 2016 ★ BROOKLYN OFFICE

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendant Vivid Mechanical LLC has not filed an answer or otherwise moved with respect to the Complaint herein. The default of Defendant Vivid Mechanical LLC is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
        Oct. 13th, 2016

DOUGLAS C. PALMER, Clerk of Court

By: *Janet Hamilton*
Deputy Clerk