**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------×

GEORGE MARTINEZ,

        *Plaintiff*,

   v.

VIVID MECHANICAL LLC,

        *Defendant.*

---------------------------------------------------------------------×

**16 CV 3763**

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

    Plaintiff George Martinez respectfully moves the Court pursuant to Fed. R. Civ. P. 55(b) and L. Civ. R. 55.2 to enter default judgment in favor of Plaintiff and against Defendant Vivid Mechanical LLC on the grounds that Defendant has failed to answer or otherwise defend against the Complaint.

Dated: New York, New York
       October 17, 2016

                      By:    s/ Walker G. Harman, Jr.
                                Walker G. Harman, Jr. [WH-8044]
                                Edgar M. Rivera [ER-1378]
                                THE HARMAN FIRM, LLP
                                220 Fifth Ave., Suite 900
                                New York, NY 10001
                                212.425.2600
                                wharman@theharmanfirm.com
                                erivera@theharmanfirm.com