UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

GEORGE MARTINEZ

                            Plaintiff,

          -against-

VIVID MECHANICAL LLC

                            Defendant.

-------------------------------------------------------------------X

Case No.: 16-CV-03763 (AMD)(RER)

**RULE 7.1 DISCLOSURE STATEMENT**

     Defendant Vivid Mechanical LLC as and for its disclosure statement pursuant to Fed. R. Civ. P. 7.1(a), states as follows: Vivid Mechanical LLC certifies that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Dated: New York, New York
       December 9, 2016

                                        Respectfully submitted,

                                        GORDON & REES LLP

                                        By: *Brian P. FitzGerald*

                                        Misty Marris
                                        Brian P. FitzGerald
                                        Attorneys for Defendant
                                        Vivid Mechanical LLC
                                        One Battery Park Plaza
                                        28th Floor
                                        New York, NY 10004
                                        (212) 269-5500 (Phone)
                                        (212) 269-5505 (Fax)